# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

UNITED STATES OF AMERICA *Ex rel.*
Crystal McKinsey,

     Relator,

v.

LAB ELITE, LLC; LABCO ELITE, LLC;
HEALTHCARE DEVELOPMENT
PARTNERS, LLC; HDP LABS, LLC;
LAB DASH, LLC; GRAND RIVER
INVESTMENTS, LLC; BOB
TRANSPORTATION AND TAXI, INC.;
NIKOLA NOZINIC; ZISHAN ALVI; TODD
BRYANT; ROXANNE SCAVONE; BABAR
NASIM; and MOIN BABAR,

     Defendants.

Civ. No. 21-20528

**Order**

**WILLIAM J. MARTINI, U.S.D.J.:**

Before the Court is Defendants Babar Nasim, Moin Babar, and Bob Transportation and Taxi, Inc.'s ("Bob Transportation,") Motion to Dismiss Plaintiff's First Amended *Qui Tam* Complaint, ECF No. 36 (the "Motion"). For the reasons set forth in the Court's accompanying Opinion, it is hereby **ORDERED** that:

1. The Motion is **GRANTED**. Plaintiff's claims against Defendants Babar Nasim, Moin Babar, and Bob Transportation are **DISMISSED WITHOUT PREJUDICE.**

Date: April 22, 2026

WILLIAM J. MARTINI, U.S.D.J.